UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

NICOLE HOPE ARQUITT, on behalf of
J.D.J.W,

      Plaintiff,

  v.

THE COMMISSIONER of the Social
Security Administration,

      Defendant.
_____

16-CV-888

ORDER

      On November 3, 2016, the plaintiff commenced this action. Docket Item 1. On March 8, 2017, this Court referred this case to United States Magistrate Judge Hugh B. Scott for all proceedings under 28 U.S.C. § 636(b)(1)(B). Docket Item 9. On May 1, 2017, the plaintiff moved for judgment on the pleadings or, in the alternative, to remand for further proceedings, Docket Item 11; on August 31, 2017, the defendant responded and moved for judgment on the pleadings, Docket Item 15; and on September 28, 2017, the plaintiff replied, Docket Item 19. On April 5, 2018, Judge Scott issued a Report and Recommendation ("R&R") finding that the plaintiff's motion should be granted and that the defendant's motion should be denied. Docket Item 20. The parties did not object to the R&R, and the time to do so now has expired. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

      A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a de novo review of those portions of a magistrate judge's

recommendation to which a party objects.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised.  See *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).

Although not required to do so in light of the above, this Court nevertheless has reviewed Judge Scott's R&R.  Based on that review and the absence of any objections, the Court accepts and adopts Judge Scott's recommendation to grant the plaintiff's motion and deny the defendant's motion, except that in light of Judge Scott's decision, this Court believes that the appropriate relief is to vacate for further review, not to reverse the Commissioner's decision.

For the reasons stated above and in the R&R, the plaintiff's motion for judgment on the pleadings or, in the alternative, to remand for further proceedings, Docket Item 11, is GRANTED; the defendant's motion for judgment on the pleadings, Docket Item 15, is DENIED; the decision of the Commissioner is VACATED; and the matter is REMANDED for further administrative proceedings consistent with Judge Scott's R&R. The Clerk of the Court shall close the file.

SO ORDERED.

Dated:    June 29, 2018
          Buffalo, New York

      *s/Lawrence J. Vilardo*
      LAWRENCE J. VILARDO
      UNITED STATES DISTRICT JUDGE